IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

ANTHONY NELSON,

Index No. 16CV6138(JPO)

PLAINTIFFS,

-against-

AFFIDAVIT
**OF SERVICE**

THE CITY OF NEW YORK, et al.
DEFENDANTS.

---

Wylie M. Stecklow, being duly sworn affirms and says:

1. I am not a party to this action, am over eighteen years of age and reside in New York, New York.

2. On Tuesday, October 18, 2016, at approximately 9:11am, deponent served a true copy of the Summons and Complaint upon THE CITY OF NEW YORK by delivering same to THE CITY OF NEW YORK's designated agent for service, located at One Hundred Church Street, New York, NY, and by leaving same with INEZ CONTRERAS, who is a person of suitable age and discretion.

3. Attached hereto as Exhibit A are stamped copies of the summons and page 1 of the compiaint served on the City Of New York.

*[signature]*

Wylie M. Stecklow